# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DANIEL CURTIS JOHNSON**
**ADC #163604**                                                                        **PETITIONER**

**V.**                 **CASE NO. 5:18-CV-79-DPM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## ORDER OF TRANSFER

This 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus is assigned to the docket of United States District Judge D.P. Marshall Jr. and referred to me. Because one of my law clerks had indirect involvement with the case in state court, I must recuse. This case will remain assigned to Judge Marshall. The Clerk of Court is directed to reassign a United States Magistrate Judge by chip exchange.

IT IS SO ORDERED, this 1st day of May, 2018.

                                                         UNITED STATES MAGISTRATE JUDGE