# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DANIEL CURTIS JOHNSON
ADC #163604                                                    PETITIONER

v.                    No. 5:18-cv-79-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

Unopposed recommendation, № 23, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018