# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DANIEL CURTIS JOHNSON**
**ADC #163604**                                                    **PETITIONER**

v.                                  No. 5:18-cv-79-DPM

**WENDY KELLEY, Director, ADC**                                    **RESPONDENT**

## JUDGMENT

Johnson's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018